IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Robert E. Blackburn

Civil Action No. 10-cv-01829-REB
Criminal Action No. 07-cr-00437-REB-1

UNITED STATES OF AMERICA,

v.

CHARLES RAMON, III,

    Movant.

---

## ORDER

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before September 3, 2010, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated: <u>August 5, 2010</u>

                                      BY THE COURT:

                                      /s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge